PG PUBLISHING COMPANY, INC. d/b/a the Pittsburgh Post–Gazette, Appellant

v.

GOVERNOR'S OFFICE OF ADMINIS-
TRATION and the Pennsylvania De-
partment of Education, Appellees.

Supreme Court of Pennsylvania.

April 25, 2016.

### ORDER

PER CURIAM.

AND NOW, this 25th day of April, 2016, Appellant's Application for Oral Argument is **DENIED,** Amicus' Application for Oral Argument is **DENIED,** and the Order of the Commonwealth Court is hereby **AFFIRMED.**